# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### Orlando Division

MONTEREY MUSHROOMS, INC. and HOLLAR
AND GREENE PRODUCE COMPANY, INC, INC.,

    Plaintiffs,

vs.     Case No. CV-635-ORL-18 D AB

PREFERRED FRESH FOODS, INC. a Florida
corporation; SIME DIJAN, an individual; STEVE
BENS, an individual; and EXPRESS BUSINESS
FUNDING, INC., a Florida corporation,

    Defendants.

_____/

### ANSWER TO SECOND AMENDED COMPLAINT

COME NOW, Defendants, FRED STEINBERG, and EXPRESS BUSINESS FUNDING. INC. a Florida Corporation, by and through their undersigned counsel, and answer the Second Amended Complaint stating as follows:

1. The Defendants admit the allegations in paragraphs 1 a), b), c), 3. b), c), 4, 5, and 6.

2. The Defendants admit that paragraphs are realleged in paragraphs 33 and 43.

3. The Defendants are without knowledge as to the allegations in paragraphs 2, 3a), 8, 9, 10, and 13.

4. The Defendants deny the allegations in paragraphs 3d), 3e)7, 11, 12, 14, 38, 39, 40. 41, 42, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, and 55.

5.  The Defendants deny the allegations of paragraphs 34, 35, 36, and 37 to the extent FRED STEINBERG is alleged to be a principal.

6.  The Defendants FRED STEINBERG and EXPRESS BUSINESS FUNDING, INC., a Florida Corporation, do not respond to Counts I, II, III, because they set forth no claims against said Defendants.

_____
PHILIP STEINBERG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer, has been sent by U.S. Mail/hand delivery to Muers Law Firm, Katy L. Koestner, Esq., 5395 Park Central Court, Naples, FL. 34109, on this \_\_\_\_ day of _____, 2002.

_____
PHILIP STEINBERG
3515 Del Prado Blvd., Suite 101
Cape Coral, FL 33904
(941) 540-3333
Florida Bar No.: 302198