**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MONTEREY MUSHROOMS, INC.,**
**HOLLAR AND GREENE PRODUCE**
**COMPANY, INC.,**
      **Plaintiffs,**

-vs-                                        **Case No. 6:02-cv-635-Orl-DAB**

**PREFERRED FRESH FOODS, INC., SIME**
**DIJAN, STEVE BENS, EXPRESS**
**BUSINESS FUNDING, INC.,**
      **Defendants.**
_____

## ORDER OF DISMISSAL

The Court has been advised by the parties that the Bankruptcy Court ruling effectively terminated all of Plaintiff's claims against Fred Steinberg and Express Business Funding. Doc. No. 65. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the case. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on August 31, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record